Tommy E. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

**WD 79490**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 18, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 5, 2017

Susan Hogan, Kansas City, MO Counsel, for Appellant.

Shaun Mackelprang, Jefferson City, MO Counsel, for Respondent.

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Tommy Williams appeals the circuit court's judgment denying his Rule 29.15 motion, following an evidentiary hearing, in which he sought post-conviction relief on his 1991 convictions of first-degree murder (§ 565.020, RSMo 1986), first-degree assault (§ 565.050, RSMo 1986), and two counts of armed criminal action (§ 571.015, RSMo 1986). We affirm the circuit court's judgment. Rule 84.16(b).